MARY E. KIPP, Appellant, *v.* F. W. WOOLWORTH AND COMPANY, Respondent.

*Kipp* v. *Woolworth & Co.,* 150 App. Div. 283, appeal dismissed. (Submitted June 3, 1912; decided June 11, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 4, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the order of reversal was upon the law and the facts and, therefore, not reviewable by the Court of Appeals.

*Louis Cohn* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

HUGH O'MALLEY, Appellant, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Respondent.

*O'Malley* v. *Morse Dry Dock & Repair Co.,* 149 App. Div. 788, appeal dismissed.

(Submitted June 3, 1912; decided June 11, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 7, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that appellant had failed to perfect the appeal by serving the required undertaking.

*Louis Cohn* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.